**Order filed November 5, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00738-CV

_____

**PL CONSTRUCTION, INCORPORATED, LANCE TROUNG, PAUL TROUNG AND MICHELLE UYEN TRAN, Appellant**

**V.**

**QND, INC., Appellee**

**&**

_____

NO. 14-13-00886-CV

_____

**QND, INC., Appellant**

**V.**

**PL CONSTRUCTION, INCORPORATED, LANCE TROUNG, PAUL TROUNG AND MICHELLE UYEN TRAN, Appellee**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2010-64077**

# ORDER

On August 20, 2013, PL Construction, Incorporated, Lance Troung, Paul Troung and Michelle Uyen Tran filed a notice of appeal from the judgment signed May 24, 2013, and the appeal was assigned to this court under our appellate number 14-13-00738-CV. On August 29, 2013, QND, Incorporated filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-13-00886-CV.[1]

On October 29, 2013, the parties filed an agreed motion to consolidate the related appeals. The motion is **GRANTED** and we order the appeals pending under our appellate case numbers 14-13-00738-CV and 14-13-00886-CV **CONSOLIDATED** for all purposes. The issues, records, and documents filed in cause number 14-13-00886-CV are consolidated into cause number 14-13-00738-CV. The consolidated appeal shall proceed under appeal number 14-13-00738-CV. Accordingly, and in accordance with the parties' request, our October 17, 2013 order of abatement for mediation encompasses both appeals. The 60 days allotted for mediation will run from the date of this order.

PER CURIAM

---

[1] Currently, the appellate filing fee to be paid by QND, Inc. is past due.